UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VICTOR TORRES,**

         **Plaintiff,**         Case No. 2:23-cv-00810-KG/GBW

v.

**MARTI HAIDER, PATRICIA LOPEZ,
KYLE SMOOT, CHENEGA SECURITY &
SUPPORT SOLUTIONS, LLC, a foreign limited
Liability company, and
CITY OF ARTESIA, a public entity,**

         **Defendants.**

**ORDER GRANTING MOTION TO EXCEED THE D. N.M. LR-CIV 7.5 PAGE LIMIT FOR DEFENDANTS MOTION FOR SUMMARY JUDGMENT AGAINST COUNT V OF PLAINTIFF'S COMPLAINT FOR DAMAGES [1-1] ALLEGING VIOLATION OF ARTICLE II, SECTION 10, OF THE NEW MEXICO CONSTITUTION**

    **THIS MATTER** came before the Court on the Parties *Motion Exceed the D. N.M. LR-CIV 7.5 Page Limit for Defendants Motion for Summary Judgment Against Count V of Plaintiff's Complaint for Damages [1-1] Alleging Violation of Article II, Section 10, of the New Mexico Constitution*. The Court having been advised that the motion is unopposed, finds there is good cause to grant the motion, and therefore grants the same.

    **IT IS, THEREFORE, THE ORDER** of this Court, that the page extension in this matter is exceeded for Defendant's Motion for Summary Judgment Against Count V of Plaintiff's Complaint for Damages [1-1] Alleging Violation of Article II, Section 10, of the New Mexico Constitution.

                                               _____
                                               UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MYNATT SPRINGER P.C.

_____
BLAINE T. MYNATT
N.M. Bar No. 9471
HALEY R. GRANT
N.M. Bar No. 145671
Las Cruces, NM 88004-2699
(575) 524-8812
btm@mynattspringer.com
hrg@mynattspringer.com
*Attorneys for City Defendants*


Approved:

JONES LAW FIRM, LLC

*/s/Approved via email January 2, 2025*
Alexandra W. Jones
Nathan D. Pederson
8205 Spain Rd. Ste. 111
Albuquerque, NM 87109
(505) 248-1400
ajones@joneslawabq.com
nate@joneslawabq.com
*Attorneys for Plaintiff*