# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**VICTOR TORRES,**

      **Plaintiff,**           Civ. No. 23-810 KG-GBW

**-vs-**

**MARTI HAIDER,** *et al.***,**

      **Defendants**.

## ORDER REMANDING CASE TO STATE COURT

THIS MATTER came before the Court on Plaintiff's Unopposed Motion to Remand, filed on February 20, 2025. The Court, having reviewed this motion, determines that the motion is well-taken and shall be GRANTED.

IT IS THEREFORE ORDERED that the above-captioned matter shall be remanded to state court.

                                 /s/ Kenneth J. Gonzales
                                 CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

Prepared by:

    JONES LAW FIRM, LLC
By: <u>/s/ Alexandra W. Jones /s/</u>
      Alexandra W. Jones
      Nathan D. Pederson
      8205 Spain Road NE, Suite 111
      Albuquerque, New Mexico 87109
      T: (505) 248-1400
      F: (505) 557-3925

Approved by:

<u>Via E-mail by 2/19/2025</u>
Haley R. Grant
*Counsel for City Defendants*
<u>Via E-mail by 2/19/2025</u>
Rebecca Alvarez
*Counsel for Defendants Marti Haider, Patricia Lopez, Kyle Smoot, and Chenega Infinity, LLC*